# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. David Honegan　　　　　　　　　　　　　　　　　　　　Docket No. 3:00CR00167(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Otto Rothi, probation officer of the Court, presenting an official report upon the conduct and attitude of David Honegan who was sentenced to 18 months incarceration for a violation of 18 U.S.C. § 371, Conspiracy to Commit Bank Fraud, by the Honorable Dominic J. Squatrito, Senior U.S. District Judge, sitting in the court at Hartford, Connecticut on February 28, 2001 who fixed the period of supervision at three years which commenced on December 26, 2002 and imposed the general terms and conditions theretofore adopted by the court, and also imposed special conditions and terms as follows: 1) The defendant shall abstain from the use of drugs or alcohol; 2) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as determined by the U.S. Probation Office, which may include random urinalysis testing. He shall pay all, or a portion of the costs associated with such treatment, based upon his ability to pay, as determined by the U.S. Probation Office; 3) The defendant shall participate in a mental health treatment program, as directed by the U.S. Probation Office, and shall pay all, or a portion of, the costs associated with such treatment, based upon his ability to pay; 4) The defendant shall use all due diligence to obtain and maintain full employment; and 5) The defendant shall pay restitution in the amount of $2,459.69 payable at the rate of $75 per month commencing on the first day of the month following his release from imprisonment. On December 26, 2002, Mr. Honegan started his supervised release with a scheduled termination date of December 25, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Standard Condition: "You shall not commit another federal, state or local crime."

On October 28, 2004, the defendant was sentenced to 18 months conditional discharge for Possession of a Controlled Substance under docket number CR04-0580411-S at the Hartford Superior Court in Hartford.

On February 13, 2005, the defendant was arrested for Larceny 6th degree, and Breach of Peace by the Hartford Police Department. On April 15, 2005, the case was dismissed at the Hartford Community Court under docket number CR05-0046962 after Mr. Honegan completed three days of community service.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing David Honegan to appear before this court at Hartford, Connecticut on 6/24/05 at 10:00am to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 5/9/ day of May 2005 and ordered filed and made a part of the records in the above case

The Honorable Dominic J. Squatrito
Senior United States District Judge

Sworn to By _____
Otto Rothi
United States Probation Officer

Place Hartford, Connecticut
Date 5-9-05

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this 9th day of May, 2005 at Hartford, Connecticut, U.S. Probation Officer Otto Rothi appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Dominic J. Squatrito
Senior United States District Judge